NO. 07-10-0041-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 25, 2011

_____

ALLTECH, INC., APPELLANT

v.

JEFF WILKERSON AND NOVUS INTERNATIONAL, INC.,
APPELLEES

_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 95,826-B; HONORABLE JOHN B. BOARD, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**ON MOTIONTO DISMISS**

Appellant, Alltech, Inc., has filed a motion to dismiss its appeal. See Tex. R. App. P. 42.1(a)(1). No decision of this Court having been delivered to date, we grant the motion. Accordingly, we dismiss the appeal. Id. All costs related to this appeal are assessed against appellant. See Tex. R. App. P. 42.1(d). If dismissal will prevent appellees from seeking relief to which they would otherwise be entitled, the Court directs appellees to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice